934 A.2d 1159

COMMONWEALTH of Pennsylvania, Respondent,

v.

James McCOY, Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did not the trial court err by convicting appellant of discharging a firearm into an occupied building where the statute requires that a person fire "into" an occupied building to be guilty, but appellant fired a weapon while inside the building?